UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| JOHN LENEAL JOHNSON | ) | |
| FRANCINE LABELL JOHNSON | ) | CASE NO. A08-81967-BEM |
| | ) | |
| DEBTOR(S) | ) | |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW MARY IDA TOWNSON, CHAPTER 13 TRUSTEE, and files this Notice that she is remitting to the Registry of the Clerk of the United States Bankruptcy Court the following payment:

Payee Name: SYSCO FOODS OF CHARLOTTE, LLC
Check Number: 2405192
Check Date: 11/15/2013
Check Amount: $762.67

These funds are being remitted to the Registry because the payee has not claimed the funds.

## CERTIFICATE OF SERVICE

This is to certify that I have this day, November 26, 2013, served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

KEITH EADY & ASSOCIATES, LLC
P.O. BOX 29667
ATLANTA, GA 30359

/s/
MARY IDA TOWNSON, TRUSTEE
State Bar Number: 715063
191 Peachtree Street, Suite 2200
Atlanta, Georgia 30303
(404) 525-1110

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| JOHN LENEAL JOHNSON ) | |
| FRANCINE LABELL JOHNSON ) | CASE NO. A08-81967-BEM |
| ) | |
| DEBTOR(S) ) | |

### NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW MARY IDA TOWNSON, CHAPTER 13 TRUSTEE, and files this Notice that she is remitting to the Registry of the Clerk of the United States Bankruptcy Court the following payment:

Payee Name: GREYSTONE BUSINESS RESOURCES
Check Number: 2405192
Check Date: 11/15/2013
Check Amount: $2,928.77

These funds are being remitted to the Registry because the payee has not claimed the funds.

### CERTIFICATE OF SERVICE

This is to certify that I have this day, November 26, 2013 , served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

KEITH EADY & ASSOCIATES, LLC
P.O. BOX 29667
ATLANTA, GA  30359


/S/
MARY IDA TOWNSON, TRUSTEE
State Bar Number: 715063
191 Peachtree Street, Suite 2200
Atlanta, Georgia 30303
(404) 525-1110