UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 93-69620 |
| | ) | CHAPTER: 7 |
| HUB, INC. | ) | JUDGE: C. Ray Mullins |
| | ) | |
| _____Debtor_____ | ) | |

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

The Trustee filed a Notice and Payment into the Court for Unclaimed Funds and issued a check to the Clerk, U.S. Bankruptcy Court, for deposit into the Registry of the Court in the amount of $2,050.79 on behalf of COOPERS & LYBRAND (the "Unclaimed Funds").

On 1/9/2015, The Locator Services Group, Ltd., Attorney-in-Fact for PricewaterhouseCoopers LLP f/k/a Coopers & Lybrand ("Claimant") filed a Petition for Payment of Unclaimed Funds to collect them. The petition and the documents attached thereto establish that Claimant is entitled to the Unclaimed Funds: Accordingly, it is hereby

ORDERED that the Clerk, U.S. Bankruptcy Court, shall issue a check in the amount of $2,050.79, payable to PricewaterhouseCoopers LLP f/k/a Coopers & Lybrand and shall send said check to payee at the following address:

PricewaterhouseCoopers LLP f/k/a Coopers & Lybrand
c/o The Locator Services Group Ltd.
280 Summer Street, Suite 701
Boston, MA 02210

IT IS SO ORDERED this the 26 day of January, 2015.

C. Ray Mullins
UNITED STATES BANKRUPTCY JUDGE

Respectfully Submitted:

_____
Kim Sawyer, General Counsel

**Prepared by:**
Kim Sawyer, General Counsel
The Locator Services Group Ltd.
280 Summer Street, Suite 701

Boston, MA 02210
(617) 859-0600 extension 19
(617) 859-0640
State Bar No. MA560026
Email: data@tlsgltd.com
Counsel for PricewaterhouseCoopers LLP  f/k/a Coopers & Lybrand

**The following parties were served a copy of this Order electronically or by First Class Mail:**

United States Attorney
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

PricewaterhouseCoopers LLP  f/k/a Coopers & Lybrand
Attn: Gary W. Moorcroft, Compliance Director
4040 West Boy Scout Boulevard
Tampa, FL 33607